■ WELLESLEY ISLAND WATER CORP., Appellant, v WELLS IsLAND REALTY CORP. et al., Respondents, et al., Defendants. [939

NYS2d 897]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered February 2, 2011. The order, among other things, dismissed plaintiff's first amended complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Da Silva v Musso*, 76 NY2d 436 [1990]). Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.